# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Rodney Lee Kirk, | ) | Case No. 4:12-cr-066 |
| | ) | |
| Defendant. | ) | |

On November 4, 2013, the Pretrial Service Office advised the court that, pursuant to its discussions with the parties, defendant has consented to detention pending final disposition of this matter. Consequently, on November 5, 2013, the court entered an order commanding defendant to self surrender to the United States Marshal in Bismarck, North Dakota, on November 27, 2013, by 3:00 p.m.

On November 19, 2013, counsel contacted the court to request additional time for defendant to self surrender. The Government has advised that it has no objection to defendant's request. Accordingly, the court **ORDERS** that defendant shall self surrender to the United States Marshal in **Bismarck, North Dakota, on November 27, 2013, by 1:00 p.m.** Upon his surrender, defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an

1

appearance in connection with a court proceeding.

Dated this 19th day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District